SJS Thompson LLC, Petitioner-Landlord
against
Rochelle M. Singer, Respondent-Tenant-Respondent.



Landlord appeals from an order of the Civil Court of the City of New York, New York County (Susan F. Avery, J.), dated November 14, 2017, which granted tenant's preanswer motion to dismiss the petition in a holdover summary proceeding.




Per Curiam. 
Order (Susan F. Avery, J.), dated November 14, 2017, affirmed, with $10 costs.
Civil Court properly granted tenant's pre-answer motion to dismiss the holdover petition pursuant to CPLR 3211 (a)(1), since the documentary evidence conclusively established a defense to the holdover petition (see Leon v Martinez, 84 NY2d 83, 88 [1994]). Landlord's offer to renew the stabilized lease in June 2017, timely accepted by tenant, created an enforceable lease agreement, notwithstanding landlord's prior service of a notice of nonrenewal (see 123 W. 15, LLC v Compton, 4 Misc 3d 138[A], 2004 NY Slip Op 50938[U] [App Term, 1st Dept 2004]; Hakim v Muller, 2002 NY Slip Op 50339[U] [App Term, 1st Dept 2002]). "The fact that the landlord may not have intended the proposed lease ... to constitute a binding offer is immaterial because the statute requires that the offer be binding" (Matter of East 56th Plaza, Inc. v New York City Conciliation & Appeals Bd., 56 NY2d 544, 546 [1982]; see Jacreg Realty Corp. v Barnes, 284 AD2d 280, 280-281 [2001]; 123 W. 15, LLC v Compton, 2004 NY Slip Op 50938[U], *1).
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur 
Decision Date: June 28, 2018